IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ANDY ABBETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:04CV1102-MEF |
| | ) | [WO] |
| BANK OF AMERICA, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION

In view of the Protective Order entered on 27 January 2006 (Doc. # 108), and for other good cause, it is

ORDERED that the plaintiff's Motion To Compel, filed on 8 December 2005 (Doc. # 98), is DENIED as moot.

DONE this 1st day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE