IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDY ABBETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:04-CV-01102- |
| ) | WKW-VPM (WO) |
| BANK OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

It is ORDERED that the parties shall jointly prepare a proposed pretrial order in accordance with the Court's instructions at the pretrial conference and submit said order and witness lists to *propord_watkins@almd.uscourts.gov* in Word or WordPerfect format **on or before March 17, 2006.**

DONE this the 10th day of March, 2006.

                                                  /s/   W.  Keith Watkins
                                          UNITED STATES DISTRICT JUDGE