## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ANDY ABBETT, | * |
| Plaintiff, | * |
| v | *    CASE NO: 3:04-CV-01102-WKW |
| BANK OF AMERICA; et al. | * |
| Defendants. | * |

### MOTION TO ACCEPT AS TIMELY FILED

COMES NOW Plaintiff and moves that the Court accept as timely filed his Proposed Jury Voir Dire and Proposed Jury Verdict Form.  In support of this Motion, Plaintiff submits that those submissions have been filed the morning of March 28, 2006.  Despite diligent efforts, Plaintiff was unable to submit these two filings with the other documents filed on March 27, 2006.  Defendant is not prejudiced by the late filing of these the Proposed Jury Voir Dire and Jury Verdict Form.

WHEREFORE, Plaintiff respectfully requests this Court accept as timely his Proposed Jury Voir Dire and Jury Verdict Form.

s/Kenneth J. Riemer
KENNETH J. RIEMER (RIEMK8712)
Attorney for Plaintiff
Post Office Box 1206
Mobile, Alabama 36633
(251) 432-9212
(251) 433-7172 (fax)
email: kenneth.riemer@kennethriemerlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **James C. Huckaby, Jr., Esq., John W. Scott, Esq., L. Jackson Young, Esq.,**

s/Kenneth J. Riemer
KENNETH J. RIEMER (RIEMK8712)