IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDY ABBETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:04-CV-01102- |
| ) | WKW-VPM (WO) |
| BANK OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

This case is before the Court on Bank of America's Unopposed Motion to Compel Pro Tanto Settlement and Release Agreements (Doc. # 134). It is ORDERED that the motion is GRANTED and that Plaintiff shall produce his settlement agreements with former co-defendants to the defendant and to the Court **before 1:00 p.m. on April 7, 2006.**

Done this the 6th day of April, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE